IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STEVEN SHEARIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| HSBC BANK USA, N.A. AS TRUSTEE | § | Civil Action No. 4:12-cv-405-RAS-DDB |
| FOR THE REGISTERED HOLDERS OF | § | |
| ACE SECURITIES CORP. HOME | § | |
| EQUITY LOAN TRUST, SERIES 2005- | § | |
| ASAP1, ASSET BACKED PASSTHROUGH | § | |
| CERTIFICATES, AND | § | |
| MORTGAGE ELECTRONIC | § | |
| REGISTRATION SYSTEMS, INC., AND | § | |
| W R STARKEY MORTGAGE, LLP, | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 7, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motion to Dismiss (Dkt. 6) be GRANTED in part and this case be dismissed for want of prosecution.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions

of the court. Therefore, Defendants' Motion to Dismiss (Dkt. 6) is GRANTED in part and this case shall be dismissed for want of prosecution

**IT IS SO ORDERED.**

**SIGNED this the 27th day of September, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE